PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: PLMCCABE@aol.com

Attorney for Plaintiff,
BERTHA CORTES

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BERTHA CORTES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Social Security,<br><br>　　　　Defendant. | Case No.: CV 11-08588-MAN<br><br>[proposed] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Magistrate Judge: Margaret A. Nagle |

　　　Based upon the parties' Stipulation for Award of Attorney's Fees under the Equal Access to Justice Act (EAJA) ("Stipulation"), IT IS ORDERED that attorney's fees be paid under the EAJA in the amount of Three Thousand Six Hundred Seventy-Five and 00/100 Dollars ($3,675.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of One Hundred Sixty-Four and 80/100 Dollars ($164.80), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

　　　IT IS SO ORDERED.

Date:  December 26, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARGARET A. NAGLE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE